# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 3:09 CR 216 (SRU) |
| BENJY ORBACH | : | |

## ORDER

The defendant's surrender date is hereby extended until **March 24, 2010** at 2:00 p.m.

It is so ordered.

Dated at Bridgeport, Connecticut, this 3rd day of March 2010.

                                          /s/ Stefan R. Underhill
                                          Stefan R. Underhill
                                          United States District Judge